# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>VALENTINA ZEMLYAK<br><br>Defendant | Case No.: 2:20-cr-00254-CDS-EJY-3<br><br>**ORDER GRANTING STIPULATION<br>TO RETURN DEFENDANT<br>VALENTINA ZEMLYAK'S PASSPORT**<br><br>**[ECF No. 79]** |

IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, United States Pretrial Services Office shall return defendant Valentina Zemlyak's passport.

DATED:  October 11, 2023

_____
HON. CRISTINA D. SILVA
U.S. DISTRICT JUDGE

- 1 -