TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MARK J. MCDONALD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-5090
Mark.McDonald2@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAGZANYAN, et al.

Defendants.

2:20-CR-254-GMN-EJY

**Motion to Substitute Mark J. McDonald as Forfeiture Attorney and Withdraw Daniel D. Hollingsworth and Blaine T. Welsh**

Under LR IA 11-6(b), the United States moves this Court to substitute Assistant United States Attorney, Mark J. McDonald, as forfeiture attorney for the United States in place of Assistant United States Attorneys, Daniel D. Hollingsworth and Blaine T. Welsh.

The United States seeks to withdraw Daniel D. Hollingsworth and Blaine T. Welsh as forfeiture attorneys and to terminate the CM/ECF notifications because this case is reassigned. Under LR IA 11-6(e), this Motion will not delay discovery, the trial, or any hearing, and good cause is shown due to case reassignment in the U.S. Attorney's Office.

Dated: September 24, 2026.

TODD BLANCHE
Attorney General of the United States

*/s/ Mark J. McDonald*
MARK J. MCDONALD
Assistant United States Attorney

IT IS SO ORDERED:

Dated: September 25, 2026

[signature]
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE